OW
AUSA

FILED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8130

UNITED STATES OF AMERICA, Plaintiff,

v.

Jerardo MUNIZ Defendant.

Magistrate Case No.:

COMPLAINT FOR VIOLATION OF

21 U.S.C. § 952 and 960
Importation of a Controlled Substance (Felony)

The undersigned complainant being duly sworn states:

On or about February 08, 2008, within the Southern District of California, defendant Jerardo MUNIZ did knowingly and intentionally import approximately 54.10 kilograms (119.02 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Hugo A. Leon
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 11th DAY OF FEBRUARY, 2008.

Peter C. Lewis
U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Jerardo MUNIZ

## STATEMENT OF PROBABLE CAUSE

I, Timothy L. Henderson, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On February 08, 2008, Jerardo MUNIZ made entry into the United States from Mexico through the Calexico, California West Port of Entry. MUNIZ was the driver of a Ford passenger car registered to Martin or Rosa Matus of Seeley, California.

A Customs and Border Protection (CBP) Officer received a negative Customs declaration from MUNIZ. MUNIZ was referred to secondary for further inspection.

In secondary, the Ford was searched. Several packages containing a green leafy substance were recovered. A package was probed and a sample of the substance field-tested positive for marijuana. A total of 56 packages were recovered with a combined weight of about 54.10 kilograms.

Special Agent (S/A) Timothy Henderson responded to the port. S/A Henderson began the interview with MUNIZ at about 01:40 hours. S/A H. Leon advised MUNIZ of his rights per Miranda, in Spanish. MUNIZ orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

MUNIZ stated that he "imagined marijuana" was in the Ford. MUNIZ was to be paid to cross the vehicle into the United States.

Executed on 02/09/2008 at 13:40 hours.

Timothy L. Henderson, Special Agent
U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 08, 2008, in violation of Title 21 United States Code, Section(s) 952 & 960

United States Magistrate Judge Date 2/9/08 5:45 pm