FILED
MAR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JERARDO MUNIZ,<br>Defendant. | Criminal Case No. 08CR702-L<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about February 8, 2008, within the Southern District of California, defendant JERARDO MUNIZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 54.10 kilograms (119.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 11, 2008.

KAREN P. HEWITT
United States Attorney

[signature]
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh: Imperial
3/11/08