ROBERT E. SCHROTH, SR,. (SBN 103063)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

Attorney for Defendant, JERARDO MUNIZ

FILED
MAY 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JERARDO MUNIZ,

Defendant.

Criminal Case No.: 08 CR ~~0720~~ 702-L

**ORDER TO CONTINUE COMPETENCY HEARING**

**ORDER**

Upon Oral Motion of Jerardo Muniz (herein after "Defendant") by and though his counsel Robert E. Schroth, Sr., for a continuance of the Competency hearing set for May 6, 2008, and based on the request that additional time is needed for Dr. Harry R. Eisner, Ph. D. to complete his report for the hearing and no objection from the United States of America, and good cause appearing:

**IT IS HEREBY ORDERED.**

1. That Competency hearing be continued to May 27, 2008 at 9:30 am., before Judge McCurine.

Dated May 6, 2008

[signature]
William McCurrine, Jr.
United States Magistrate Judge