FILED

JUL - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JERARDO MUNIZ,<br><br>    Defendant. | Criminal Case No.: 08CR0702-L<br><br>ORDER FINDING DEFENDANT NOT COMPETENT TO STAND TRIAL AND COMMITTING DEFENDANT FOR TREATMENT PURSUANT TO 18 U.S.C. § 4241(d) AND EXCLUDING TIME PURSUANT TO 18 U.S.C.§ 3161 (h)(1)(A). |

On June 3, 2008, this above matter was set to determine the mental competency of defendant, pursuant to Title 18, United States Code, section 4241(d). At that time, the Court received in evidence, to be filed under seal, the Mental Competency Evaluation by Dr. Beatrice Heller, Ph.D. After considering the evidence, and the comments of counsel, the Court finds by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect and is thereby rendered mentally incompetent to the extent that defendant is unable to understand the nature and consequences of these criminal proceedings or to assist properly in the defense of this case. Accordingly,

IT IS ORDERED that defendant be committed to the custody of the Attorney General, and that the Attorney General shall hospitalize the defendant for treatment in a suitable facility and in order to provide training, to ensure defendant's competency to stand trial, and to also help clarify his diagnostic picture.

///

08MJ0530(WMC)

IT IS FURTHER ORDERED THAT:

1. Defendant must be transferred to a suitable facility within ten (10) days of the date of this order, and no later than 7/14/08;

2. That the period of commitment will expire on 10/25/08;

3. At the expiration of the commitment period, that defendant will be transferred to the Southern District of California by 11/6/08, unless defendant is not found to be restorable; and

4. If defendant is not found to be restorable at the end of the treatment period ordered herein; then:

   a. Defendant is to be kept at the treating facility for evaluation pursuant to 18 U.S.C. §4246;

   b. A copy of the certification as to safety shall be provided to the Southern District of California, the district of arrest; and,

   c. The Attorney General's Office shall proceed as appropriate in the district where the defendant is housed at that time in this case.

Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court orders this period of time be deemed excludable under the provisions of Fed. R. Crim. P. 5 and the Speedy Trial Act, 18 U.S.C. § 3161 et. seq., and that the pending preliminary examination be deferred without prejudice to the parties until the matter of competency is confirmed in this case.

IT IS FURTHER ORDERED that counsel appear for a Status Conference on 7/17/08 at 9:30 a.m. in Courtroom C to confer on the status of Defendant's transfer to the suitable treatment facility. Defendant's appearance for this conference is waived.

IT IS FURTHER ORDERED that counsel appear for a Competency Hearing *on 11/18/08 at 9:30 a.m.* in Courtroom C to confer on the treatment process, the probability that in the foreseeable future, Defendant would attain the capacity to permit the trial to proceed, and whether additional reasonable time periods are necessary to allow defendant's mental condition to improve to the point the trial may proceed.

///

1    IT IS FURTHER ORDERED that the Attorney General, to the extent practicable, provide a
2 report on defendant's status by **10/28/08** to the Court and Counsel for a hearing to allow for a review of
3 the defendant's mental status, as aforesaid.
4    IT IS SO ORDERED.

DATED: July 3, 2008

_____
Hon. William McCurine, Jr
U.S. Magistrate Judge
United States District Court

RECEIVED
2008 JUL -3 P 3: 12
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERARDO MUNIZ,<br><br>Defendant. | Criminal Case No.: 08CR0702-L<br><br>ORDER FINDING DEFENDANT NOT COMPETENT TO STAND TRIAL AND COMMITTING DEFENDANT FOR TREATMENT PURSUANT TO 18 U.S.C. § 4241(d) AND EXCLUDING TIME PURSUANT TO 18 U.S.C.§ 3161 (h)(1)(A). |

On June 3, 2008, this above matter was set to determine the mental competency of defendant, pursuant to Title 18, United States Code, section 4241(d). At that time, the Court received in evidence, to be filed under seal, the Mental Competency Evaluation by Dr. Beatrice Heller, Ph.D. After considering the evidence, and the comments of counsel, the Court finds by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect and is thereby rendered mentally incompetent to the extent that defendant is unable to understand the nature and consequences of these criminal proceedings or to assist properly in the defense of this case. Accordingly,

IT IS ORDERED that defendant be committed to the custody of the Attorney General, and that the Attorney General shall hospitalize the defendant for treatment in a suitable facility and in order to provide training, to ensure defendant's competency to stand trial, and to also help clarify his diagnostic picture.

///